UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

  -v-

JOE RODRIGUEZ,

              Supervisee.

No. 09-cr-1228 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Wednesday, June 30, 2021 at 4:30 p.m., at which time Mr. Rodriguez will be presented on the outstanding specifications of his alleged violation of supervised release. Because Mr. Rodriguez has indicated that he prefers to proceed remotely, and the facility in which Mr. Rodriguez is housed, George R. Vierno Center, conducts all remote conferences on Microsoft Teams, the presentment will take place via Microsoft Teams. The Court will email the parties directly with further information concerning the requested videoconference. A separate order will be issued in due course containing the public line for this proceeding.

    IT IS FURTHER ORDERED THAT defense counsel shall discuss the attached Waiver of Right to be Present at a Criminal Proceeding with Mr. Rodriguez prior to the conference. If Mr. Rodriguez consents, and is able to sign the form (either personally, or, in accordance with Standing Order M10-468, 20-mc-176 (CM) (S.D.N.Y. March 11, 2021), by defense counsel), defense counsel shall provide the Court with the executed form prior to the start of the proceeding.

SO ORDERED.

Dated:    June 10, 2021
            New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA

              -v-

JOE RODRIGUEZ,

                    Supervisee.
----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

9-CR-1228 (RJS)

**Check Proceeding that Applies**

\_\_\_    Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date:    _____
            Signature of Defendant

            _____
            Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date:    _____
            Signature of Defense Counsel

            _____
            Print Name

**Accepted:**    _____
            Signature of Judge
            Hon. Richard J. Sullivan
            U.S.C.J. Sitting by Designation
            Date: