UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JOE RODRIGUEZ,<br><br>Supervisee. | No. 09-cr-1228 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

As the Court previously ordered (Doc. No. 59), a presentment in this matter will take place on Wednesday, June 30, 2021 at 4:30 p.m. via Microsoft Teams. Members of the public may monitor the proceeding via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated: June 23, 2021
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation