UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JOE RODRIGUEZ,<br><br>      Supervisee. | No. 09-cr-1228 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

  On June 10, 2021, the Court ordered the parties to appear this afternoon at 4:30 p.m. for the presentment of Supervisee Joe Rodriguez on the specified violations of the terms of his supervised release. (Doc. Nos. 59, 60.) Because Mr. Rodriguez is currently in custody at Riker's Island in connection with a pending state criminal matter, the Court ordered that the presentment would take place remotely via Microsoft Teams, with a public phone line that would enable members of the public to follow the proceedings. (*Id.*) This morning, staff from the Riker's Island Correctional Facility's video-teleconferencing department advised the Court that they are unable to accommodate a public line for today's presentment. In light of the presumption of public access to federal criminal proceedings guaranteed by the First Amendment, *see Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555 (1980), IT IS HEREBY ORDERED THAT the presentment in this matter is adjourned to Monday, July 12, 2021 at 2:00 p.m. and will take place in-person at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public may monitor the proceeding either in-person at the courthouse or via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:  June 30, 2021
     New York, New York

                           _____
                           RICHARD J. SULLIVAN
                           UNITED STATES CIRCUIT JUDGE
                           Sitting by Designation