UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |
| --- |
| UNITED STATES OF AMERICA, |
| -v- |
| JOE RODRIGUEZ, |
| Supervisee. |

No. 09-cr-1228 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Presentment in this matter will take place on Monday, July 12, 2021 at 2:00 p.m. in Courtroom 23A at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public may monitor the proceeding in-person in Courtroom 23A or via the docketed audio line in the Court's order at Doc. No. 61.

SO ORDERED.

Dated:     July 1, 2021
          New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation