UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOE RODRIGUEZ,

                Supervisee.

No. 09-cr-1228 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As the Court previously ordered, Supervisee's sentencing will take place on Monday, August 23, 2021 at 2:00 p.m. in Courtroom 20C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public may monitor the proceeding in-person in Courtroom 20C or via Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:       August 9, 2021
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation