UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

JOE RODRIGUEZ,

                    Supervisee.

No. 09-cr-1228 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT Supervisee's sentencing is adjourned to Friday, November 19, 2021 at 2:00 p.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  The defense shall file any updates to its sentencing submission by November 5, 2021.  The government shall file its sentencing submission, previously due September 16, 2021, by November 12, 2021.  Probation shall submit an updated recommendation for sentencing by November 17, 2021.

SO ORDERED.

Dated:    September 9, 2021
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation