UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOE RODRIGUEZ,

            Supervisee.

No. 09-cr-1228 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    With the parties' consent, IT IS HEREBY ORDERED THAT Supervisee's sentencing will take place on January 10, 2022 at 2:00 p.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Supervisee's updated sentencing submission shall be filed by December 27, 2021, and the government's by January 3, 2022.

SO ORDERED.

Dated:    November 8, 2021
                New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation