UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOE RODRIGUEZ,

Supervisee.

No. 09-cr-1228 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As the Court previously ordered (Doc. No. 70), Supervisee's sentencing will take place on Monday, January 10, 2022 at 2:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public may monitor the proceeding either in-person in Courtroom 21C or via the Court's free audio-line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:   January 5, 2022
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation