UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JOE RODRIGUEZ,

Supervisee.

No. 09-cr-1228 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the attached letter in connection with Supervisee's sentencing for violations of the terms of his supervised release. The Clerk of Court is respectfully directed to docket the attachment.

SO ORDERED.

Dated:        January 10, 2022
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation