UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOE RODRIGUEZ,

                Supervisee.

No. 09-cr-1228 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

     At the request of the Supervisee, who is currently experiencing cold symptoms and is awaiting a COVID-19 test result, IT IS HEREBY ORDERED THAT Supervisee's sentencing, which was previously scheduled for today at 2:00 p.m., is adjourned. IT IS FURTHER ORDERED THAT Defense counsel shall submit a status update on Supervisee's condition and propose alternative dates for sentencing by Thursday, January 20, 2022.

SO ORDERED.

Dated:     January 10, 2022
              New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation