UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOE RODRIGUEZ,

                Supervisee.

No. 09-cr-1228 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    Today at approximately 11:45 a.m., a member of the United States Marshals called to inform the Court that Supervisee was refusing to be produced for his VOSR sentencing, which is currently scheduled for Thursday, February 10, 2022.  The Court subsequently received an email from Assistant U.S. Attorney Sebastian Swett confirming that information.  Due to Supervisee's apparent refusal to be produced for his sentencing, IT IS HEREBY ORDERED THAT the sentencing scheduled for February 10, 2022 is adjourned.  IT IS FURTHER ORDERED THAT defense counsel is directed to confer with his client and submit a letter to the Court no later than February 14, 2022, explaining Mr. Rodriguez's failure to appear and proposing next steps in this matter.

SO ORDERED.

Dated:    February 8, 2022
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation